

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gregory Daniels, Appellant

No. 06-18-00086-CV  v.

Balcones Woods Club, Inc., Appellee

Appeal from the 201st District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-16-005244). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Gregory Daniels, pay all costs of this appeal.

RENDERED NOVEMBER 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk